**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **DONALD FOXWORTH,** : | |
| : | |
| **Plaintiff,** : | **CIVIL ACTION FILE NO.** |
| : | **1:11-CV-3525-CC-AJB** |
| **v.** : | |
| : | |
| **ROY D. REAGIN JR. GA-BN** : | |
| **597235; and REAGIN LAW** : | |
| **GROUP, P.C.,** : | |
| : | |
| **Defendants.** : | |

**O R D E R**

This matter is before the Court on Plaintiff's failure to submit a preliminary planning report and discovery plan ("planning report"). The amended complaint in this case was filed on November 22, 2011. [Doc. 5]. An order entered February 27, 2012, permitted the action to proceed, [Doc. 8], and Defendants' answer was filed on May 16, 2012, [Doc. 17]. Under this Court's Local Rules, the parties must perform the following acts within thirty (30) days of the answer: (1) file a planning report, *see* N.D. Ga. R. 16.2; and (2) make initial disclosures, *see* N.D. Ga. R. 26.1A, 26.3A. Since Plaintiff is proceeding *pro se*, the parties are allowed to file individual planning reports. *See* N.D. Ga. L.R. 16.2. Defendants submitted their individual planning report on July 10, 2012. [Doc. 20]. Plaintiff has not submitted one at all. [*See* Dkt.]. Plaintiff

AO 72A
(Rev.8/82)

is therefore **DIRECTED** to submit an Individual Preliminary Report and Discovery Plan within **fourteen (14)** days of the date of entry of this order.  Failure to comply with this order **SHALL** result in a recommendation that the action be dismissed pursuant to Local Rule 41.3(A)(2).

    **IT IS SO ORDERED**, this the 10th day of July, 2012.

                                          **ALAN J. BAVERMAN**
                                          **UNITED STATES MAGISTRATE JUDGE**

AO 72A
(Rev.8/82)