# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| DONALD FOXWORTH, | CIVIL ACTION FILE NUMBER |
| Plaintiff, | 1:11-CV-3525-CC |
| vs. | |
| ROY D. REAGIN JR., REAGIN LAW GROUP, P.C. | |
| Defendants. | |

### MOTION OF DEFENDANTS ROY D. REAGIN JR. AND REAGIN LAW GROUP, P.C. FOR SUMMARY JUDGMENT

COMES NOW Roy D. Reagin, Jr. and Reagin Law Group, P.C., Defendants in the above styled proceeding, and, pursuant to the provisions of Fed. R. Civ. P. 56, moves this Court for summary judgment in its favor as to the Plaintiff's Complaint on the grounds that there is no genuine issue to be tried and that Defendants are entitled to judgment as a matter of law.

This motion is based upon the pleadings, the Affidavit of Roy D. Reagin, Jr. filed concurrent herewith and all exhibits attached thereto, all discovery materials on file, if any, and the entire record in this case.

                                                   McCULLOUGH PAYNE & HAAN, LLC

                                                   /s/ Jeremy T. McCullough_____
                                                   Jeremy T McCullough
                                                   Georgia Bar No. 465211
                                                   Panton P. Pou
271 17th Street, N.W., Suite 2200    Georgia Bar No. 585714
Atlanta, Georgia 30363
(404) 873-1386
ATTORNEYS FOR DEFENDANTS
jtmccullough@mphlawfirm.com
ppou@mphlawfirm.com
MPH File Number 01001.00000