IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONALD FOXWORTH, | CIVIL ACTION FILE NUMBER |
| Plaintiff, | 1:11-CV-3525-CC |
| vs. | |
| ROY D. REAGIN JR., REAGIN LAW GROUP, P.C. | |
| Defendants. | |

**STATEMENT OF MATERIAL UNDISPUTED FACTS IN SUPPORT OF THE MOTION OF ROY D. REAGIN, JR. AND REAGIN LAW GROUP, P.C. FOR SUMMARY JUDGMENT**

COMES NOW Roy D. Reagin Jr. ("Reagin") and Reagin Law Group, P.C. ("RLG"), Defendants in the above styled action, and, pursuant to the provisions of L.R.56.1, files this their statement of the material facts as to which they contend there is no genuine issue to be tried in respect of its motion for summary judgment.

1. On April 15, 2008, RLG was incorporated in the State of Georgia. (Aff. Roy Reagin JR. "RR" ¶4).

2. Reagin is the Chief Executive Officer of RLG. (Aff. RR. ¶3).

3. On April 21, 2003, Bus Stop Financial Corp. ("Bus Stop") filed a lawsuit against Foxworth in the State Court of Dekalb County, Civil Action Number 03A05519 (the "Civil Action"). (Aff. RR. ¶5).

4. On May 1, 2003, Foxworth was served with a copy of the Civil Action and Summons. (Aff. RR. ¶6).

5. On September 25, 2003, a judgment (the "Judgment") was entered against Foxworth in favor of Bus Stop in the Civil Action. (Aff. RR. ¶7).

6. On or about May 5, 2010, Bus Stop engaged the lawfirm of RLG to facilitate collection on that judgment. (Aff. RR. ¶8-10).

7. On May 5, 2010, RLG obtained a consumer credit report (the "Credit Report") of Foxworth from Equifax for purposes of facilitating collection on the Judgment. (Aff. RR. ¶11-12).

8. The Credit Report was obtained and requested by RLG and not Reagin personally. (Aff. RR. ¶13).

9. RLG obtained the Credit Report for purposes of verifying Foxworth's address and ascertaining Foxworth's assets and employment to facilitate collection on the Judgment. (Aff. RR. ¶11, 12, 14).

10. RLG did not obtain Foxworth's Credit Report on any subsequent occasions. (Aff. RR. ¶15).

                        McCULLOUGH PAYNE & HAAN, LLC

                        /s/ Jeremy T. McCullough_____
                        Jeremy T McCullough
                        Georgia Bar No. 465211
                        Panton P. Pou
                        Georgia Bar No. 585714

271 17th Street, N.W., Suite 2200
Atlanta, Georgia 30363
(404) 873-1386
ATTORNEYS FOR DEFENDANTS
jtmccullough@mphlawfirm.com
ppou@mphlawfirm.com
MPH File Number 01001.00000