# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONALD FOXWORTH, | CIVIL ACTION FILE NUMBER |
| Plaintiff, | 1:11-CV-3525-CC |
| vs. | |
| ROY D. REAGIN JR., REAGIN LAW GROUP, P.C. | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I, the undersigned counsel for Defendants, do hereby certify that I have this day electronically filed the within and foregoing MOTION OF DEFENDANTS ROY D. REAGIN JR. AND REAGIN LAW GROUP, P.C. FOR SUMMARY JUDGMENT; STATEMENT OF MATERIAL UNDISPUTED FACTS IN SUPPORT OF THE MOTION OF ROY D. REAGIN, JR. AND REAGIN LAW GROUP, P.C. FOR SUMMARY JUDGMENT, AFFIDAVIT OF ROY D. REAGIN JR. and DEFENDANTS' BRIEF IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT AS TO PLAINTIFF'S COMPLAINT with the Clerk of Court using the CM/ECF system that will automatically send email notification of such filing to the attorney of record, each of whom is a registered participant in the Court's electronic notice and filing system and each of whom may access said

filing via the Court's CM/ECF system, and served upon the following via First Class Mail:

Donald Foxworth
3841 Kensington Road
Unit D29
Decatur, Georgia 30032

      This the 10th day of July, 2012.

                    McCULLOUGH PAYNE & HAAN, LLC

                    /s/ Jeremy T. McCullough
                    Jeremy T. McCullough
                    Georgia Bar No 465211
                    jtmccullough@mphlawfirm.com

271 17th Street, NW, Suite 2200
Atlanta, GA 30363
(404) 873-1386
(404) 875-4817 (F)
ATTORNEYS FOR DEFENDANT