UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUL 19 2012

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

**Donald Foxworth**
*Plaintiff*

vs

**REAGIN LAW GROUP, P.C.**

Roy D. Reagin Jr. Ga-BN 597235
*Defendant(s)*

Case No 1:11-CV-3525-CC

## CERTIFICATE OF SERVICE

This is to certify that I have mailed copies of PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUESTS TO PRODUCE by first class mail USPS #7011-1590-0001-0923-7082 to the party listed below.

Dated: July 19, 2012

_____
Donald Foxworth
3841 Kensington Road D29
Decatur, Georgia 30032

Service to:

McCULLOUGH PAYNE & HAAN, LLC
Jeremy T McCullough
Georgia Bar No. 465211
Panton P. Pou
Georgia Bar No. 585714
271 17th Street, N.W., Suite 2200
Atlanta, Georgia 30363
(404) 873-1386
ATTORNEYS FOR DEFENDANTS
jtmccullough@mphlawfirm.com
ppou@mphlawfirm.com